IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEDANTI SYSTEMS LIMITED and MAX SOUND CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1029 (GMS) |
| GOOGLE, INC., YOUTUBE, LLC, and ON2 TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendants to move, answer or otherwise respond to the Complaint is extended until October 2, 2014. The reason for this request is to provide time for the defendants to analyze the Complaint and prepare a response.

GRANT & EISENHOFER P.A.                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Geoffrey C. Jarvis*                    */s/ Jack B. Blumenfeld*

Geoffrey C. Jarvis (#4064)                  Jack B. Blumenfeld (#1014)
Justin K. Victor (#5705)                    1201 North Market Street
GRANT & EISENHOFER P.A.                     P.O. Box 1347
123 Justison Street                         Wilmington, DE 19899
Wilmington, DE 19801                        (302) 658-9200
(302) 622-7000                              jblumenfeld@mnat.com
gjarvis@gelaw.com
jvictor@gelaw.com                           *Attorneys for Defendants*

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of August 2014.

_____
J.