IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED and MAX SOUND CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., YOUTUBE, LLC, and ON2 TECHNOLOGIES, INC.,<br><br>                Defendants. | C.A. No. 1:14-cv-01029-GMS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT the undersigned counsel for plaintiffs Vedanti Systems Limited and Max Sound Corporation hereby voluntarily dismiss the complaint in this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, *without prejudice*.

| | |
|---|---|
| Dated:  October 1, 2014 | **GRANT & EISENHOFER P.A.**<br><br>*/s/ Geoffrey C. Jarvis*<br>Geoffrey C. Jarvis |
| **BUETHER JOE & CARPENTER, LLC** | Justin K. Victor |
| Christopher M. Joe | **GRANT & EISENHOFER P.A.** |
| (admitted *pro hac vice*) | 123 Justison Street |
| Brian A. Carpenter | Wilmington, Delaware  19801 |
| (admitted *pro hac vice*) | Tel:  (302) 622-7000 |
| Eric W. Buether | Fax:  (302) 622-7100 |
| (admitted *pro hac vice*) | gjarvis@gelaw.com |
| Mark D. Perantie | jvictor@gelaw.com |
| (admitted *pro hac vice*) | |
| 1700 Pacific Avenue, Suite 4750 | Jay W. Eisenhofer |
| Dallas, Texas  75201 | Deborah A. Elman |
| Tel:  (214) 466-1272 | (admitted *pro hac vice*) |
| Fax:  (214) 635-1828 | **GRANT & EISENHOFER P.A.** |
| Chris.Joe@BJCIPlaw.com | 485 Lexington Avenue |
| Eric.Buether@BJCIPlaw.com | New York, New York  10017 |
| Brian.Carpenter@BJCIPlaw.com | Tel:  (646) 722-8500 |
| Mark.Perantie@BJCIPlaw.com | Fax:  (646) 722-8501 |

jeisenhofer@gelaw.com
delman@gelaw.com

Adam J. Levitt
(admitted *pro hac vice*)
Catherine Ó Súilleabháin
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street
Suite 1200
Chicago, Illinois  60602
Tel:  (312) 214-0000
Fax:  (312) 214-0001
alevitt@gelaw.com
cosuilleabhain@gelaw.com

*Attorneys for Plaintiffs*
*Vedanti Systems Limited and*
*Max Sound Corporation*